# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**

**ARTHUR LEE JONES,**

 **Defendant.**         **Case No. 96-cr-30059-1-DRH**

## ORDER

**HERNDON, Chief Judge:**

This Order hereby **VACATES** the Court's December 19, 2007 Order (Doc. 270), thereby serving to **VACATE** the appointment of the Federal Public Defender and to **VACATE** the stay, as the subject matter of Defendant Motion for Reduction of Sentence Pursuant to the Provisions of **18 U.S.C. § 3582(c)(2)** (Doc. 267) does not regard the amendment to the Federal Sentencing Guidelines pertaining to crack cocaine offenses. Further, as this matter is no longer stayed, Defendant's Motion to Amend and Supplement Pleading (Doc. 269) is hereby **GRANTED**. Defendant shall file his supplemental pleading by **January 21, 2008**.

 **IT IS SO ORDERED.**

Signed this 19th day of December, 2007.

         /s/  *David R Herndon*

         **Chief Judge**
         **United States District Court**